ORIGINAL

# United States Court of Federal Claims

No. 16-426 C

Filed: April 25, 2016

**FILED**

APR 2 5 2016

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| TRACEY T. ISAAC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On April 20, 2016, plaintiff, proceeding *pro se*, filed a complaint seeking various forms of relief. Additionally, plaintiff has filed a motion to proceed *in forma pauperis*. Plaintiff, a prisoner incarcerated in Mississippi, seeks to have the race on his birth certificate changed from "Negro" to "Moorish-American." Although plaintiff names the "Federal Ethics Committee" as the defendant, the court cannot identify any allegation that concerns any United States official.

This Court's authority to hear cases is primarily defined by the Tucker Act, which grants this Court subject matter jurisdiction over claims against the United States that are founded on a money-mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1). Upon *sua sponte* review, this Court finds plaintiff's allegations do not give rise to any cause of action over which this Court has subject-matter jurisdiction. The Court has no authority to decide plaintiff's case, and therefore must dismiss the complaint pursuant to Rule 12(h)(3) of the Rules of the Court of Federal Claims.

In consideration of the above, the motion to proceed *in forma pauperis* is **GRANTED**. Furthermore, plaintiff's complaint is **DISMISSED**, pursuant to RCFC 12(h)(3). The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

Loren A. Smith,
Senior Judge